# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 318 MAL 2017
                                         :
            Respondent         :
                                         :  Petition for Allowance of Appeal from
                                       :  the Order of the Superior Court
         v.                :
                                         :
                                       :
CLAYTON RAYMOND AXE,       :
                                       :
            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.